UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,
    Plaintiff
    v.                                                                   CASE NUMBER: 97-2331 (DRD)
NATIONAL COMMUNICATIONS SYSTEMS, INC.
d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.
    Defendant

### ORDER

    Pending before the Court is a thirty eight 38 page motion to dismiss filed by co-defendants José A. Axtmayer, Altagracia Escudero, and the conjugal partnership they constitute; Hans H. Hertell, Marie Stubbe, and the conjugal partnership they constitute. (Docket No. 112) Also pending before the Court is MetLife's motion to strike and/or summarily deny co-defendants' motion to dismiss for having been filed 9 months after having answered MetLife's Second Amended Complaint and for failure to comply with the Court's Standing Order limiting the length of motions to 25 double-spaced pages and requiring parties to serve dispositive motions upon the other parties rather than with the Court. (Docket No. 118) (The Court requires that the Motion, the Opposition, relies and responses be filed simulateneously).

    Plaintiff's motion to strike is **GRANTED** and co-defendants' motion to dismiss is **STRUCK** from the record **WITHOUT PREJUDICE** of being filed again after proper pruning and in compliance with the Court's Management, Standing Orders and the Federal Rules of Civil Procedure.

DATE: November 22, 1999                              DANIEL R. DOMINGUEZ
                                                                         U.S. DISTRICT JUDGE

N \97-2331b dis



N \97-2331b dis

Rec'd:        EOD:

By:        #