## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**METROPOLITAN LIFE INSURANCE COMPANY,**
    **Plaintiff**

    **v.**                                   **CASE NUMBER: 97-2331 (DRD)**

**NATIONAL COMMUNICATIONS SYSTEMS, INC.**
**d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.**
    **Defendant**

### ORDER

Pending before the Court are numerous motions concerning discovery and requests for sanctions due to failure to comply with discovery in the above-captioned case. **See Docket Nos. 128, 129, 130, 134, 135, 137, 139, 140, 141, 143, 149, 150, 151, 152.** The Court hereby orders that a hearing be held on _January_ _19_ ,_2000_ at_3:00_ pm/am. On said date all parties will be prepared to discuss each one of the controversies surrounding discovery in this case.

DATE: November 22, 1999                            **DANIEL R. DOMINGUEZ**
                                             **U.S. DISTRICT JUDGE**

N \97-2331B MTN

RECEIVED AND FILED
99 NOV 29 AM 8:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

N \97-2331B MTN

| Rec'd: | EOD: |
|---|---|
| By: | # |

1