UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,

   Plaintiff

v.                                                    CASE NUMBER: 97-2331 (DRD)

NATIONAL COMMUNICATIONS SYSTEMS, INC.
d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.

   Defendant

## ORDER

For several months now Defendant John D'Angelo has informed the Court that he is in search of an attorney to represent him on this matter. In the meantime, however, Defendant D'Angelo has not appeared before the Court when conferences or hearings have been held. Indeed, Defendant D'Angelo has come very close to having sanctions imposed against him for failure to comply with the Court's orders that he appear. Defendant D'Angelo is forewarned that a hearing has been scheduled for February 11, 2000, and that his failure to appear himself or through Counsel will result in the imposition of sanctions against him.

IT IS SO ORDERED.

DATE: January 21, 2000                        DANIEL R. DOMINGUEZ
                                              U.S. DISTRICT JUDGE

N \97-2331 ORD

N \97-2331 ORD

Rec'd:            EOD:

By:        #

1