UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,
v.
NATIONAL COMMUNICATIONS SYSTEMS, INC.
d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.

CASE NUMBER: 97-2331 (DRD)

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title and Date |
|---|---|---|
| 133 | **DENIED/MOOT** | Motion to set aside hearing, September 9, 1999 |
| 162 | **DENIED** | Motion for reconsideration, October 22, 1999 |

Regarding **Docket Nos. 133 and 162:**

Hearing was held on September 30, 1999, and the Court granted Plaintiff's motion for provisional remedies. (Docket No. 155). The Court found that there were sufficient facts for a jury to determine that Co-defendant Miller signed the promissory notes in his personal capacity and not as John D'Angelo's attorney. Further, the Court found that said promissory notes were not paid through set offs from earned commissions.

IT IS SO ORDERED.

DATE: January 21, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N\97-2331 rec

Rec'd:        EOD:

By: