UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: January 19, 2000

**CIVIL NO. 97-2331 (DRD)**

COURTROOM DEPUTY:  Janet GONZALEZ
COURT REPORTER:    Arthur PINEDA

========================================================================
METROPOLITAN LIFE                          Attorneys: Jesús CUZA
                                                      Mildred CABAN
    Plaintiffs

    v.

NATIONAL COMMUNICATION, et al.             Freddie PEREZ-GONZALEZ
                                           Juan SAAVEDRA-CASTRO
                                           Juan MARCHAND
    Defendants
========================================================================

    HEARING on Motion for Sanctions (Dkt. No. 152) filed by plaintiffs is held. Each party submits a summary of motions pending before the Court and apprize the Court as to the status of the case.

    After taking into consideration statements by counsel, the Court issues the following rulings.

    1. The Sworn Statement of José Axtmayer is to be delivered to Cuza for his use _only_ and that of the Law Firm of Goldman, etc. It will be provided to the plaintiff party once Cuza puts the Court in a position that notwithstanding the apparent conflict the document has with Cuza's client it should be provided.

    2. Mr. D'Angelo should advise the Court within the next forty-eight hours if he is providing his waiver both in his personal capacity and in his official capacity as President of CGD

**MINUTES CIVIL NO. 97-2331 (DRD)**                                                            **PAGE 2**

Enterprises, Inc. on all matters related to the motion for disqualification and the discovery related thereto. The Court will issue a written Order to this effect.

3. The Court orders a Rule 311 meeting during the week of February 2, 2000 in Marchand's office. If a further meeting is necessary same will be held at Cuza's office in Puerto Rico. The parties shall file by February 7, 2000 at 5:00 P.M. a joint document as to what is pending.

4. The Court orders the <u>unsealing</u> of the Sworn Statement filed under Dkt. Nos. 147 & 148.

5. All extensions of time are granted regardless. If consent from the other party is obtained, extensions are not to be filed and deemed granted.

5. A discovery hearing will be held on **February 11, 2000 at 9:00 A.M.** Defendant D'Angelo is forewarned that a hearing has been set for this date and that his failure to appear personally or through counsel will result in the imposition of sanctions against him.

The Court forewarns counsel that sanctions will be imposed if counsel continue to stone wall this case.

_____
COURTROOM DEPUTY

s/c: Counsel of record