UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

| **MINUTES OF PROCEEDINGS** | DATE: February 9 & 10, 2000 |
|---|---|
| CIVIL NO. 97-2331 (DRD) | |

===============================================================

| METROPOLITAN LIFE | Attorneys: Jesús CUZA |
|---|---|
| Plaintiffs | |
| v. | |
| NATIONAL COMMUNICATION, et al. | Juan MARCHAND QUINTERO |
| Defendants | |

===============================================================

In a joint telephone conference, wherein attorney Jesús Cuza represented plaintiffs and attorney Juan Marchand represented all defendants, the parties proposed to the Court that a joint document as to all pending discovery matters would be filed by February 16, 2000 at 5:00 P.M.

Hence, a hearing on the matter will be held on **March 10, 2000 at 2:00 P.M.**

---
COURTROOM DEPUTY

s/c : Counsel of record