**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED AND FILED
00 MAR -3 AM 9: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**METROPOLITAN LIFE INSURANCE COMPANY**

   **Plaintiff**

**v.**                                                    **CASE NUMBER: 97-2331 (DRD)**

**NATIONAL COMMUNICATIONS SYSTEMS, INC.**
**d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et al**

   **Defendants**

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Motion and date |
|---|---|---|
| 142 | DENIED WITHOUT PREJUDICE | **Motion to correct and/or amend minutes of proceedings of September 2, 1999 - September 22, 1999** |
| | | The September 2, 1999, proceedings were transcribed by a court reporter, specifically Arthur Pineda. (Docket No. 172).  If Plaintiff so desires, the present motion may be resubmitted, but only with include specific references to the transcript. |
| 146 | GRANTED/MOOT | **Motion requesting leave to file reply - September 29, 1999** |
| | | Reply was filed on October 15, 1999 (Docket No. 157) |
| 147 | DENIED | **To seal - September 29, 1999** |
| | | See Docket No. 186 ordering documents unsealed |
| 158 | GRANTED | **To extend time - October 15, 1999** |
| | | See Docket No. 186 granting all motions to extend time |
| 159 | GRANTED | **To extend time - October 15, 1999** |
| | | See Docket No. 186 granting all motions to extend time |
| 160 | GRANTED | **To request discovery and evidentiary hearing - October 15, 1999** |
| | | See Docket No. 187 scheduling hearing |

194

| | | |
|---|---|---|
| 163 | GRANTED IN PART/ DENIED IN PART | **Motion to strike reply to opposition to motion to dismiss and/or motion requesting leave to file surreply - October 28, 1999** |

                    Plaintiff's motion to strike reply is denied

                    Plaintiff's motion for leave to file surreply is granted.  If not already filed, Plaintiff has ten (10) days to file reply.

| | | | |
|---|---|---|---|
| 164 | GRANTED | T | **For setting of evidentiary hearing - October 29, 1999** |

                    See Docket No. 187 scheduling hearing

| | | |
|---|---|---|
| 165 | GRANTED | **To extend time - November 4, 1999** |

                    See Docket No. 186 granting all motions to extend time

| | | |
|---|---|---|
| 166 | GRANTED IN PART/ MOOT IN PART | **For leave to file reply to request for evidentiary ruling - November 12, 1999** |

                    See Docket No. 187 scheduling hearing

                    See Docket No. 186 granting all motions to extend time

| | | |
|---|---|---|
| 167 | GRANTED | **To extend time - November 15, 1999** |

                    See Docket No. 186 granting all motions to extend time

| | | |
|---|---|---|
| 174 | GRANTED | **To extend time - December 6, 1999** |

                    See Docket No. 186 granting all motions to extend time

| | | |
|---|---|---|
| 176 | NOTED | **Request for adjudication of pending matters - December 17, 1999** |

| | | |
|---|---|---|
| 177 | GRANTED | **Motion requesting leave to file reply to motion to strike and opposition to "Request that the Motion for Disqualification be Adjudicated, Without Opposition" - December 21, 1999** |

                    Plaintiff is granted ten (10) days to file reply to Defendants' opposition to Plaintiff's "Motion to Strike Axtmayer and Hertell's Motion to Disqualify and/or Request for Disclosure of Ex Parte Communication"

                    The Court denies Axtmayer and Hertell's "Request that the Motion for Disqualification be Adjudicated, Without Opposition"

| | | |
|---|---|---|
| 179 | NOTED | **Request for resolution of motion for reconsideration - December 23, 1999** |

                    See Docket No. 184 denying motion to set aside hearing (Docket

No. 133) and motion for reconsideration (Docket No. 162)

ч  **181  DENIED/MOOT**          **Motion for leave to file reply to Metlife's opposition to reconsideration and for extension of time therefor, January 10, 2000**

Reconsideration denied on January 21, 2000 (Docket No. 184)

**189  NOTED**          **Motion supplementing record in anticipation of teleconference**

\  **191  GRANTED**          **Motion requesting telephone conference with the Court**

Conference was held and an emergency conference was scheduled for March 1, 2000, at 6:00 p.m.

IT IS SO ORDERED.

DATE: March ___/___, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N \97-2331C MTN

| Rec'd: | EOD: |
|--------|------|
| **By:** | **#** |

N \97-2331C MTN

| Rec'd: | EOD: |
|--------|------|
| **By:** | **#** |