IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Metropolitan Life Insurance Company,

Plaintiff,

vs.

CIVIL NO. 97-2331(DRD)

National Communications Systems, Inc.
d/b/a National Benefit Communication, Inc.,
et als

RE:   BREACH OF CONTRACT,
      DAMAGES AND FRAUD

Defendants.

**ORDER**

It is hereby ordered that codefendant John D'Angelo is commanded to appear at the taking of his depositions by plaintiff Metropolitan Life Insurance Company, through its counsel, on the issue of disqualification and on the issue of the merits of the case on April 3, 4, 5, 6, and 7 at 9:30 a.m. in the offices of Goldman, Antonetti & Córdova, P.S.C., American International Plaza Bldg., 14th Floor, 250 Muñoz Rivera Avenue, Hato Rey, Puerto Rico. The oral examinations will continue from day to day and from hour to hour, until completed.

Failure to appear in any of the depositions will result in entry of default.

It is further ordered that the depositions taken and completed by plaintiff's current attorneys will be not be repeated by another firm or attorney in the event that plaintiff's attorneys are disqualified.

GIVEN at San Juan, Puerto Rico, this 06 day of March, 2000.

_____
DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE