UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                        DATE: March 9, 2000

CIVIL NO. 97-2331 (DRD)

---

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMP1ANY | Attorneys: | Jesús Cuza |
| Plaintiff | | |
| v. | | |
| NATIONAL COMMUNICATIONS SYSTEMS, et al | | Juan Marchand, Freddie Pérez González, Juan Saavedra and John D'Angelo pro se |
| Defendant | | |

---

A document inspection was scheduled for today, whereby the Court inspected documents filed under by seal by Goldman Antonetti & Cordova in Docket Nos. 91 and 132 and to determine to whom the documents should be produced to.

Counsel Cuza informed the Court that the documents filed under seal under Docket No. 91 have now been identified with Bates numeration and made to form part of the documents filed under seal under Docket No. 132. Accordingly, the Court's disposition on the matter of production of these documents, will be made under Docket No. 132.

After a meeting in Chambers, first with Counsel Cuza alone and then with all attorneys and John D'Angelo pro se, the Court determined that CGD is to receive all documents filed under Docket No. 132, with the exception of those documents with Bates numbers 231-268. The Court has inspected these documents and concludes that, prima facie, the documents excepted from production

are privileged documents that belong to Boston Mutual Ins. Co. as client to Goldman, Antonetti & Cordova's predecessor firm. Notwithstanding, the Court reminds all present that the Court's determination is based only on the face of the documents, and does not preclude a later determination that CGD was in fact the firm's client at all times. The Court further reminds the party that Boston Mutual's letter stating that it has never been a client to the firm, cannot be taken as a factual determination in the case.

The Court ordered Counsel Cuza to produce to the Court all individual billings for the daily entries corresponding to the invoices filed under Docket No. 91.

Counsel Cuza certified for the record that, to the best of his knowledge, no officer of MetLife has seen the documents filed under seal. This certification includes Mr. Zitrin, in house counsel for MetLife.

The hearing on pending discovery matters scheduled for Friday, March 10, 2000, at 2:00 p.m. is cancelled because the parties' joint motion enumerating pending matters for said hearing was not timely filed. The matter has been rescheduled for **March 31, 2000, at** 2:00 a.m./**p.m.** Notwithstanding, today's document inspection will continue tomorrow at the same time of the scheduled hearing. At said time, the Court will review Co-defendant Axtmayer's documents.

_____
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

S/c: Counsel of record
N:\MINUTES\97-2331B.MEM