**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**<u>MINUTES OF PROCEEDINGS</u>**                     DATE: March 10, 2000

**CIVIL NO. 97-2331 (DRD)**

===============================================================

METROPOLITAN LIFE INSURANCE        <u>Attorneys</u>:     Jesús Cuza and Mildred Cabán
COMPANY

    Plaintiff

      v.

NATIONAL COMMUNICATIONS                          Juan Marchand, Freddie Pérez
SYSTEMS, et al                                   González, Juan Saavedra and John
                                                 D'Angelo pro se

    Defendant

===============================================================

     A document inspection by the Court was scheduled for today. The Court began to inspect

in Chambers documents allegedly supporting Defendants' motion for disqualification. Completion

of the inspection is scheduled for Thursday March 16, 2000, at 5:00 p.m.

     Counsel Cuza brought CGD's file for delivery to John D'Angelo. Notwithstanding, the

Court determined that no documents will be produced until all Defendants' documents have been

inspected in full and the Court is ready to determine the parties to receive disclosure of Mr.

Axtmayer's documents. Said exchange is currently scheduled to finish on Friday, March 17, 2000,

at 4:00 p.m.

                                  DANIEL R. DOMINGUEZ
                                  U.S. DISTRICT JUDGE

S/c: Counsel of record
N\MINUTES\97-2331C MEM