UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**              DATE: March 24, 2000

**CIVIL NO. 97-2331 (DRD)**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>   Plaintiff<br>v.<br>NATIONAL COMMUNICATIONS SYSTEMS, et al<br>   Defendant | Attorneys:<br><br><br><br>Juan Marchand |

FURTHER INSPECTION OF DOCUMENTS was held in Chambers with Counsel Juan Marchand and Co-defendant José Axtmayer. Co-Defendant Axtmayer will produce to MetLife Bates Nos. 349 to 871 and 889 to 1546. Notwithstanding, the aforementioned documents will not be produced until Plaintiff has filed an opposition to Defendants' Motion for Disqualification.

_____
Law Clerk

S/c: Counsel of record
N \MINUTES\97-2331 MEM