UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,
v.
NATIONAL COMMUNICATIONS SYSTEMS, INC.
d/b/a NATIONAL BENEFIT COMMUNICATION,
INC., et als.

CASE NUMBER: 97-2331 (DRD)

## ORDER

MetLife's motion for an extension of time to file an opposition to Defendants' Motion for Disqualification is **GRANTED**. (Docket No. 204). Notwithstanding, Plaintiff is forewarned that granting the aforementioned extension may result in the continuation of scheduled depositions and production of documents because Defendants have repeatedly demanded Plaintiff's opposition to the disqualification motion before they submit themselves to discovery.

Further, the discovery hearing scheduled for March 31, 2000, is hereby continued. The Court attempted to schedule that hearing on March 28, 2000, so as not to delay discovery any further. Notwithstanding, Counsel Cuza expressed his unavailability for said date. Accordingly, the discovery hearing is rescheduled for April 12, 2000, at 5:00 p.m.

IT IS SO ORDERED.

DATE: March 28, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:        EOD:

By:           #

N\97-2331 ext

RECEIVED AND FILED
00 MAR 29 AM 10:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:        EOD:

By: #207