UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff

    v.                                                  CASE NUMBER: 97-2331 (DRD)

NATIONAL COMMUNICATIONS SYSTEMS, INC.
d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.

    Defendant

## ORDER

    Upon Plaintiff's motion requesting Order regarding the deposition of John D'Angelo, the Court hereby **Orders** that Co-defendant John D'Angelo is commanded to appear at th taking of his deposition by Plaintiff Metropolitan Life Insurance Company, through its counsel, on both the issue of disqualification and on the merits of the case commencing on April 24, 2000, at 2 p.m. and continuing on April 25, 26, 27, and 28 at 9:30 a.m. in the offices of Goldman, Antonetti & Córdova, P.S.C., American International Plaza Bldg., 14th Floor, 250 Muñoz Rivera Avenue, Hato Rey, Puerto Rico. The oral examinations will continue from day to day and from hour to hour, until completed.

    Failure to appear at any of the depositions may result in entry of default.

    The Court further **Orders** that the depositions taken and completed Plaintiff's current attorneys will not be repeated by another firm or attorney in the event that Plaintiff's attorneys are disqualified.

IT IS SO ORDERED.

DATE: April _10_, 2000                            DANIEL R. DOMINGUEZ
                                                          U.S. DISTRICT JUDGE

N:\97-2331a.ord

Rec'd:        EOD:

By: _____  #  211