UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff

    v.                                   CASE NUMBER: 97-2331 (DRD)

NATIONAL COMMUNICATIONS SYSTEMS, INC.
d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.

    Defendant

### ORDER

    The Court has received communication from Co-defendant John D'Angelo regarding the taking of his deposition on the merits. (Docket No. 219). The Court refers Mr. D'Angelo to the minutes for the hearing celebrated on April 12, 2000, where the Court ordered all depositions on the merits to be taken in a maximum of eight (8) working hours. The Court specifically stated that the Order applied to all depositions on the merits, thus modifying the prior Order that Mr. D'Angelo's deposition would be taken during April 25 to April 28, 2000. (See Docket No. 211). The Court has previously held, and now reaffirms, that D'Angelo's - and all other parties' - depositions are to be taken in Puerto Rico unless the parties otherwise **AGREE**. Finally, the Court informs Mr. D'Angelo that counsel for MetLife deposited with the Court the CGD file. Accordingly, said file is available to be examined by Mr. D'Angelo in the Court. The file has not been delivered to Mr. D'Angelo personally because all of the parties had previously agreed to a simultaneous exchange of documents and Co-defendant Axtmayer has yet to deliver documents requested by MetLife.

IT IS SO ORDERED.

DATE: April 23, 2000                        DANIEL R. DOMINGUEZ
                                                                          U.S. DISTRICT JUDGE

N:\97-2331C ORD

| Rec'd: | EOD: |
|---|---|
| By: | # |

