UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY

v.                                             CASE NUMBER: 97-2331 (DRD)

NATIONAL COMMUNICATIONS SYSTEMS, INC.
d\b\a NATIONAL BENEFIT COMMUNICATION, INC., et al.

## ORDER

Pursuant to the opinion and order of August 15, 2000, Plaintiff is **GRANTED 90 days** to acquire new counsel. Counsel for Plaintiff is to advise the Court.

**IT IS SO ORDERED.**

Date: August, *18* 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\97-2331

RECEIVED AND FILED
00 AUG 21 AM 9:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:        EOD:

By: