UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**METROPOLITAN LIFE INSURANCE CO.,**

v.                                                                              Case Number: 97-2331(DRD)

**NATIONAL COMMUNICATIONS SYSTEMS,
INC., et al.**

### ORDER

     Pending before the Court are plaintiff's Motion Requesting Attorney's Fees (Docket No. 229); Motion in Compliance With August 31, 2000 Order, providing the Court with proposed rates for lawyer's fees and costs incurred in obtaining answers to interrogatories (Docket No. 246) and Motion for Reconsideration (Docket No. 248). As to the motions requesting attorney's fees (Docket No. 229) and providing the Court with proposed rates for lawyer's fees and costs in obtaining answers to interrogatories (Docket No. 246), the Court finds the requests inordinately high. Therefore, the Court will hold a hearing on **March 16, 2001 at 2:00 p.m.** to address the aforementioned issues following the criteria set forth in <u>Coutin v. Young and Rubicam Puerto Rico, Inc.</u>, 124 F.3d 331 (1st Cir. 1997). Further, counsel for the parties are to be prepared for oral argument on the issues presented in plaintiff's Motion for Reconsideration regarding the disqualification of counsel. (Docket No. 248).
     IT IS SO ORDERED.

February 7, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge

