## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: March 13, 2001

METROPOLITAN LIFE INSURANCE
COMPANY,

CIVIL NO. 97-2331 (DRD)

vs.

NATIONAL COMMUNICATIONS
SYSTEMS, INC., et al.

---

BY ORDER OF THE COURT, the Hearing scheduled for March 16, 2001 is re-set for **March 29, 2001 at 9:30 A.M.** before Honorable Daniel R. Domínguez.

Courtroom Deputy

NOTIFIED BY TELEPHONE & MAIL:

Jesús E. Cuza, Esq.
Mildred Cabán, Esq.
Juan R. Marchand, Esq.
Juan Saavedra, Esq.
Freddie Pérez, Esq.
Mr. John D. Angelo
Harold D. Vicente, Esq.