UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE CO.,
Plaintiff,

v.                                                          Case Number: 97-2331(DRD)

NATIONAL COMMUNICATIONS SYSTEMS,
INC., et al.,
Defendants.

## ORDER

Pending before the Court is Plaintiff's Motion on Defendants' Failure to Comply with Discovery Ordered by the Court in July 2001. (Docket No. 278). Said motion requests the Court for a hearing to discuss and coordinate the discovery ordered by the Court on July 18, 2001, which according to plaintiff has yet to take place because of defendants' non compliance. In addition, plaintiff filed a Motion Informing the Court of Bankruptcy Proceedings Filed by Co-defendant John N. D'Angelo and Requesting Hearing (Docket No. 279). In the motion, plaintiff requests the Court to take notice of co-defendant's bankruptcy and for the scheduling of an emergency hearing to discuss the effect of John D'Angelo's bankruptcy on the above captioned case. The motions are **NOTED** and the requests for a hearing are **GRANTED**. The Court will entertain the aforementioned issues at a hearing set for **October 5, 2001 at 2:00 p.m.**

IT IS SO ORDERED.

September 27, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge

s/cs:to ( 9 )
attys/pts
in ICMS
OCT - 2 2001