IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CIVIL NO. 97-2331(DRD) |
| Plaintiffs, | |
| v | |
| NATIONAL COMMUNICATIONS SYSTEMS, INC.,, ET AL. | |
| Defendants. | |

**ORDER**

The hearing scheduled for today is hereby reset for **October 23, 2001, at 5:00 p.m.** due to the fact that attorney Jesús Cuza is in New Jersey attending professional matters.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 5 day of October 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

