UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



METROPOLITAN LIFE INSURANCE,
Plaintiff,

v.                                                          CASE NUMBER: 97-2331 (DRD)

NATIONAL COMMUNICATIOS
SYSTEMS, INC., et al.,
Defendants.

### ORDER

Pending before the Court are Docket Nos. 278, 279, 280, 282, 283 and 284. The Court rules as follows:

| Docket # | Date: | Ruling | Title |
|---|---|---|---|
| 278 | 09/10/01 | DENIED in PART | Plaintiff's Motion on Defendants' Failure to Comply with Discovery Ordered by the Court in July 2001 |

The Court will postpone addressing this issue, among others, until the emergency hearing scheduled for October 23, 2001 at 5:00 PM. (See Docket No. 285).

| Docket # | Date: | Ruling | Title |
|---|---|---|---|
| 279 | 09/20/01 | NOTED | Motion Informing Court of Bankruptcy Proceedings Filed by Co-defendant John N. D'Angelo and Requesting Hearing |

Again, this issue will be fully considered at the emergency hearing scheduled for October 23, 2001 at 5:00 PM. (See Docket No. 285).

| Docket # | Date: | Ruling | Title |
|---|---|---|---|
| 280 | 09/26/01 | GRANTED | Motion Requesting Term in Order to Reply |

Defendants Jose A. Axtmayer and Hans H. Hertell have **5 calendar days to reply**, from receipt of this order.

286-T

| | | |
|---|---|---|
| **282** | 10/03/01 | **GRANTED in PART** Motion for Continuance of Hearing |
| **283** | 10/03/01 | **DENIED** Codefendant George Miller Position Regarding Met Life's Motion with Respect to Disqualification Discovery and Request for Protective Order |

Final consideration of Mr. Miller's request will be postponed until the emergency hearing scheduled for October 23, 2001 at 5:00 PM. (See Docket No. 285).

**284**    10/04/01    **GRANTED in PART** Motion to Continue "Emergency" Hearing

The Court grants **all parties until October 22, 2001** to file a memorandum (1) disclosing all available information about the alleged bankruptcy proceedings (See Docket No. 279); and (2) briefly stating each's position regarding what possible effect the alleged bankruptcy proceedings could have on this case.

Furthermore, **Plaintiff** should explain in said motion why this matter was not brought to the attention of the Court until now, and why the Court should not impose sanctions.

All matters related to the disqualification discovery (See Docket No. 278), and the bankruptcy proceedings recently uncovered (See Docket Nos. 279) **will be addressed fully at the emergency hearing scheduled for October 23, 2001 at 5:00 PM.** (See Docket No. 285). All parties shall be adequately prepared to address these issues. The Court admonishes that it **will not** play nursemaid to inattentive parties. **NO EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

October **15**, 2001.                                   DANIEL R. DOMINGUEZ
                                                         U.S. District Judge

N:\97-2331.multpl mots.wpd