UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

    v.

NATIONAL COMMUNICATIONS
SYSTEMS, INC., d/b/a NATIONAL
BENEFIT COMMUNICATION, INC., et als.,

    Defendants.

CIVIL NO. 97-2331(DRD)



## ORDER

A **SETTLEMENT CONFERENCE** shall be held on **January 17, 2002 at 5:30 PM.** The Court reminds counsel that **principals must be available** either in Court or via telephone during the Conference. Further, the Court expects that counsel will have previously discussed the possibility settlement amongst each other prior to the Conference.

**IT IS SO ORDERED.**

Date: December 10, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

N:\97-2331 hearing.sc ord.wpd

