IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF SETTING

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | JANUARY 14, 2002 |
| Plaintiffs | CIVIL: NO. 97-2331 (DRD) |
| v. | |
| NATIONAL COMMUNICATIONS SYSTEMS, INC., et al., | |
| Defendants | |

BY ORDER OF THE COURT, Motion requesting that Settlement Conference be reset from January 17, 2002 (Docket 302) is hereby GRANTED. Settlement Conference is rescheduled for January 24, 2002 at 5:00 P.M. before the Honorable Daniel R. Domínguez. Parties are to have their respective principals available.

*[signature]*
OMAR FLAQUER
COURTROOM DEPUTY CLERK

s/c: Counsel of record to be notified.