UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: January 30, 2002.
**CIVIL NO. 97-2331 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

---

| | |
|---|---|
| **METROPOLITAN LIFE,** | Attorneys: Jesus Cuza-Abdala |
| Plaintiff, | Vicente Antonetti |
| v. | |
| **NAT'L COMMUNICATIONS,** | Juan Marchand-Quintero |
| **et als.,** | Freddie Perez-Gonzalez |
| Defendants. | Juan Saavedra-Castro |
| | Manuel San Juan |

---

A Settlement Conference was held. It began at 7:30 P.M. and ended at 10:00 P.M. Parties advised the Court as to the status of the case. The Court attempted to aid the parties in reaching a settlement. Settlement was widely discussed. Concepts and ideas regarding acceptable settlement amounts were exchanged. Plaintiff presented an offer. Defendants, however, requested additional time to duly consider it and provide a meaningful settlement offer. Thus, the Court granted a continuance so as to facilitate the Defendants the presentation of a meaningful counteroffer. Defendants are to notify their counteroffer to Plaintiff by Friday, **February 1, 2002, at 5:00 P.M.** They shall additionally provide notification to the Court on that same date –by hand or by fax (at 787-766-5604)– indicating simply that the counteroffer has been timely made. Further Settlement Conference may be held in the next days. Parties shall be ready to be present on short notice.

IT IS ORDERED.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

s/c: Parties to be **immediately** notified by mail, **telephone and fax.**

N.\97-2331 settl conf wpd