## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE        *        CIVIL NO. 97-2331(DRD)
COMPANY,                           *
                                   *
        Plaintiff,                 *
                                   *
v.                                 *
                                   *
NATIONAL COMMUNICATIONS            *
SYSTEMS, INC., ET AL.,             *
                                   *
        Defendants.                *
--------------------------------------------------------

### ORDER

The requested extension of time to perform a counter offer to plaintiff made by co-defendants Hertell, Miller & Axtmayer is **GRANTED**.

The Clerk of the court is to notify this order via fax and phone.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 4 day of February 2002.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**