UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**METROPOLITAN LIFE INSURANCE COMPANY,**

    Plaintiff,

    v.

**NATIONAL COMMUNICATIONS SYSTEMS, INC., d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.,**

    Defendants.

CIVIL NO. 97-2331 (DRD)

## ORDER

    A **SETTLEMENT CONFERENCE** shall be held on **August 8, 2002 at 5:00 PM**. Again, the Court reminds counsel that **principals must be available** either in Court or via telephone during the Conference. The Court shall give the parties a final opportunity to discuss settlement, in Chambers. However, if settlement is not achieved, the Court shall transfer this case to visiting Judge, Robert J. Ward. **ABSOLUTELY NO EXTENSIONS SHALL BE GRANTED. FAILURE TO APPEAR COULD ENTAIL SANCTIONS.**

    IT IS SO ORDERED.

Date: July 19, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:    EOD:

By:

P:\Kevins Cases\97-2331 settl conf.square.wpd