UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                         DATE: August 8, 2002.
**CIVIL NO. 97-2331 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

=====================================================================

| | |
|---|---|
| **METROPOLITAN LIFE,** | Attorneys: Jesus Cuza-Abdala |
| Plaintiff, | Vicente Antonetti |
| | Harold Vicente |
| v. | |
| **NAT'L COMMUNICATIONS,** | Juan Marchand-Quintero |
| **et als.,** | Freddie Perez-Gonzalez |
| Defendants. | Juan Saavedra-Castro |
| | Manuel San Juan |
| | Jose Axtmeyer |

=====================================================================

   A Settlement Conference was held. It began at 6:30 P.M. and ended at 8:00 P.M. Parties advised the Court as to the status of the case. The Court attempted to aid the parties in reaching a settlement. Settlement was widely discussed. The Court understands that there was progress in the settlement discussions. One of the parties requested time to determine if a further offer could not be feasible for him. Another settlement conference shall be held on **August 28, 2002, at 5:00pm**. Principles are to be available via telephone or at the conference.

   **IT IS SO ORDERED.**

                                                    _____
                                                    **DANIEL R. DOMINGUEZ**
                                                    **U.S. DISTRICT JUDGE**

s/c: Parties to be **immediately** notified by mail, **telephone and fax.**

P:\Kevins Cases\97-2331.settl.conf3.wpd