## UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: August 28, 2002.
**CIVIL NO. 97-2331 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

| | | |
|---|---|---|
| **METROPOLITAN LIFE,** | <u>Attorneys</u>: | Jesus Cuza-Abdala |
| Plaintiff, | | Vicente Antonetti |
| | | |
| v. | | Juan Marchand-Quintero |
| | | Freddie Perez-Gonzalez |
| | | Juan Saavedra-Castro |
| **NAT'L COMMUNICATIONS**, et als., | | Manuel San Juan |
| Defendants. | | Jose Axtmeyer |

Another Settlement Conference was held today. It began at 6:45 PM and ended at 8:00 PM. The parties advised the Court as to the status of the case. Settlement was widely discussed. The Court understands that some progress was made. Nevertheless, even though the Court has actively sought and assisted parties in reaching an acceptable agreement for settlement, **the Court strongly advised all parties that trial in this case is overdue.** Thus, even though the Court will provide parties yet one more chance to return to Chambers to discuss settlement, it forewarned parties to come prepared to discuss an expedited working schedule for finalizing discovery. **TRIAL SHALL BE HELD IN LATE OCTOBER.**

Again, a (last) Settlement Conference shall be held on September 5, 2002, at 5:00pm. Also, Attorney Juan Saavedra-Castro is excused from this case.

**IT IS SO ORDERED.**

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

s/c: Parties to be notified **via fax and telephone**.

P:\Kevins Cases\97-2331.settl conf.wpd