UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**         DATE: September 5, 2002.
**CIVIL NO. 97-2331 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

===================================================================

| | |
|---|---|
| **METROPOLITAN LIFE,**<br>Plaintiff, | <u>Attorneys:</u> Jesus Cuza-Abdala |
| v.<br>**NAT'L COMMUNICATIONS,**<br>**et als.,**<br>Defendants. | Juan Marchand-Quintero<br>Freddie Perez-Gonzalez<br>Manuel San Juan<br>Jose Axtmeyer |

===================================================================

  A Settlement Conference was held. It began at 7:00 P.M. and ended at 8:00 P.M. Parties advised the Court as to the status of the case. Again, the Court attempted to aid the parties in reaching a settlement. Settlement was widely discussed. The parties requested continuance to get closer to finalize settlement, although acrimony persists. Parties are to reach the Court as soon as possible, but at a date no later than September 9, 2002, at 5:00pm. **NO EXTENSIONS SHALL BE GRANTED**. The Court's patience is being severely strained. Settlement is, in the Court's view, the best alternative to bring closure to this case. But if parties insist, the Court will see it reaches a closure with trial.

  **IT IS SO ORDERED.**

                   _____
                   DANIEL R. DOMINGUEZ
                   U.S. DISTRICT JUDGE

s/c: Parties to be **immediately** notified by mail, **telephone and fax.**

P:\Kevins Cases\97-2331.settl.conf4.wpd


