UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*OCT 29 PM 1:21*
*U.S. CLERK'S OFFICE*
*SAN JUAN, P.R.*

**METROPOLITAN LIFE INSURANCE COMPANY,**

    Plaintiff,

    v.

**NATIONAL COMMUNICATIONS SYSTEMS, INC., d/b/a NATIONAL BENEFIT COMMUNICATION, INC., et als.,**

    Defendants.

CIVIL NO. 97-2331 (DRD)

## ORDER

    A **SETTLEMENT CONFERENCE** shall be held in Chambers, on **October 31, 2002 at 4:00 PM**. The Court reminds counsel that **principals must be available** either in Court or via telephone during the Conference.

    The Court is to make a last effort to settle the present case, before further continuance of proceedings leading to trial.

    Parties are to be ready, should there be no settlement, **with a proposed short time-table** for discovery, prior to a future hearing regarding the pending request from Goldman, Antonetti & Cordova's law firm, relating to the recusal finding of the Court.

    Hon. Robert A. Ward, Senior Visiting Judge, will be handling all proceedings, should there be no settlement in this case.

    **IT IS SO ORDERED.**

Date: October 29, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:    EOD:

By: /s/    #324