UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 OCT 30 PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

NATIONAL COMMUNICATIONS
SYSTEMS, INC., d/b/a NATIONAL
BENEFIT COMMUNICATION, INC., et als.,

    Defendants.

CIVIL NO. 97-2331 (DRD)

## ORDER

The **SETTLEMENT CONFERENCE** scheduled to be held in Chambers, on **October 31, 2002 at 4:00 PM., is hereby VACATED.** (Some counsel not available/ out of the jurisdiction).

Said **SETTLEMENT CONFERENCE** shall take place in Chambers, on **November 21, 2002, at 3:00 p.m.** The Court reminds counsel that **principals must be available** either in Court or via telephone during the Conference.

The Court is to make a last effort to settle the present case, before further continuance of proceedings leading to trial.

Parties are to be ready, should there be no settlement, **with a proposed short time-table** for discovery, prior to a future hearing regarding the pending request from Goldman, Antonetti & Cordova's law firm, relating to the recusal finding of the Court.

Hon. Robert A. Ward, Senior Visiting Judge, will be handling all proceedings, should there be no settlement in this case.

**IT IS SO ORDERED.**

Date: October 30, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:

P:\Marta's cases\97-2331.settlement.ord.wpd