UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

NATIONAL COMMUNICATIONS
SYSTEMS, INC., d/b/a NATIONAL
BENEFIT COMMUNICATION, INC., et als.,

    Defendants.

CIVIL NO. 97-2331 (DRD)

## ORDER

As previously notified, the **SETTLEMENT CONFERENCE** scheduled to be held in Chambers, on **October 31, 2002 at 4:00 PM., was VACATED.** (Some counsel not available/ out of the jurisdiction).

As also notified, said **SETTLEMENT CONFERENCE** will take place in Chambers, on **November 21, 2002.** The Court hereby resets said Conference, in order for it to be held on same day, **at 4:30 p.m., instead of at 3:00p.m., as previously ordered.**

**IT IS SO ORDERED.**

Date: November 0 /, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:      EOD:

By:

P \Marta's cases\97-2331.settlement ord2 wpd

