UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　　DATE: December 16, 2002.
CIVIL NO. 97-2331 (DRD)
LAW CLERK: Marta L. Rivera-Ruiz

========================================================================

| | |
|---|---|
| **METROPOLITAN LIFE**, Plaintiff, | Attorneys: Jesus Cuza-Abdala<br>Harold Vicente |
| v. | |
| **NAT'L COMMUNICATIONS**, et als., Defendants. | Juan Marchand-Quintero<br>Freddie Perez-Gonzalez<br>Manuel San Juan |

========================================================================

  A Final Settlement Conference was held today. It began at 7:15 P.M. and ended at 7:40 P.M. Parties advised the Court as to the status of the case. Settlement was discussed, whereas Plaintiff will consider individual settlement proposals from co-defendants Miller and Hertell.

  The Court was advised that co-defendant Axtmeyer was not able to prepare an adjusted payment schedule to settle the case on his behalf. Proceedings in this case will then remain pending as to said co-defendant should Plaintiff and the other two co-defendants reach settlement.

  The Disqualification Hearing, tentatively scheduled to be held on January 15, 2003, regarding Goldman, Antonetti & Cordova's recusal finding of the Court was VACATED and POSTPONED *sine die*, by the Court. The determination of the Court was made at the request of Plaintiff since individual settlements are to be attempted with co-defendants Miller and Hertell. Said parties have until the end of January, 2003, to culminate settlement conversations. The Court will then proceed to attend the disqualification issue and the law firm should be ready to commence a limited period of discovery as to their request. The Court reminds counsel for the law firm that the scope of discovery will be limited to the issues previously established by the Court in its July 18, 2001, Order. (Docket No. 276).

  Since settlement was not completely attained, the case will be scheduled for trial under the supervision of Hon. Robert A. Ward, Senior Visiting Judge. The Court will schedule a meeting with Judge Ward and the remaining parties for the second week of February, 2003, in order to discuss pending proceedings. The Court will notify the exact date for said meeting sometime during the last week of January, 2003.

**IT IS SO ORDERED.**

                   **DANIEL R. DOMINGUEZ**
                   U.S. DISTRICT JUDGE

s/c: Parties to be **immediately** notified by mail, **telephone and fax.**
P:\Marta's cases\97-2331.settl.conf6.wpd