UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**AMENDED MINUTES OF PROCEEDINGS**          DATE: November 21, 2002.
**CIVIL NO. 97-2331 (DRD)**
LAW CLERK: Marta L. Rivera-Ruiz

===============================================================================

| | | |
|---|---|---|
| **METROPOLITAN LIFE,** | Attorneys: Jesus Cuza-Abdala | |
| Plaintiff, | Harold Vicente | |
| | | |
| v. | | |
| **NAT'L COMMUNICATIONS,** | Juan Marchand-Quintero | |
| **et als.,** | Freddie Perez-Gonzalez | |
| Defendants. | Manuel San Juan | |
| | Jose Axtmeyer | |

===============================================================================

A Settlement Conference was held again today. It began at 4:50 P.M. and ended at 7:00 P.M. Parties advised the Court as to the status of the case. The Court attempted to aid the parties in reaching a settlement. Settlement was discussed. Parties discussed the specific amount of money that they are willing to settle the case for, though co-defendants didn't make a concrete offer to Plaintiff. There's some dispute regarding Plaintiff's counteroffer (i.e., said party's request for warranties), and as to the terms that should be given to defendants to pay off any settlement offer.

The Court was advised that co-defendant Axtmeyer will further need to prepare an adjusted payment schedule, detailing any penalty for non-payment (i.e., penalty clause or self-execution over a predetermined asset). The Court provided co-defendant Axtmeyer until December 5, 2002, to notify the Court and plaintiff of his proposal.

A **FINAL SETTLEMENT CONFERENCE** shall be held in Chambers, on December 16, 2002, at 6:00 p.m., in order to discuss said proposal, and any other issue regarding settlement terms. The Court is to make the last and final effort to settle the case. Therefore, all **PRINCIPALS must be available either in Court or via telephone during the conference.**

Should settlement not be attained, the case will be scheduled for trial and the Court will proceed to attend the issue regarding Goldman, Antonetti, & Cordova's request concerning the recusal finding of the Court. Said law firm will then have thirty (30) days to complete discovery as to their request. A DISQUALIFICATION HEARING is tentatively scheduled to be held on January 15, 2003.

The present Order disposes of Docket No. 328, Motion Requesting Correction of Minutes of Proceedings of the Settlement Conference that was held on November 21, 2002. (Docket No. 327).

**IT IS SO ORDERED.**

                                                    _____
                                                    **DANIEL R. DOMINGUEZ**
                                                    **U.S. DISTRICT JUDGE**

s/c: Parties to be **immediately** notified by mail, **telephone and fax.**