UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

METROPOLITAN LIFE INSURANCE
COMPANY,
               Plaintiff,

-against-                      CIVIL NO. 97-2331 (DRD) (RJW)

NATIONAL COMMUNICATIONS
SYSTEMS, INC., d/b/a NATIONAL
BENEFIT COMMUNICATION, INC.,
et al.,
               Defendants.

---

## MINUTES OF SETTING

Please be advised that the above matter has been scheduled for a settlement conference before the Honorable Robert J. Ward, Southern District of New York, sitting by designation on **Tuesday, February 11, 2003 at 9:30 a.m.** in the Judges' Conference Room of the U.S. District Court in Hato Rey.

Dated: February 5, 2003

                                                    Susan Chung
                                                    Law Clerk

cc:    Harold D. Vicente-Gonzalez, Counsel for Plaintiff, (787)756-5250
        Anthony Zitrin, Counsel for Plaintiff, (212)578-3916
        Jesus E. Cuza-Abdala, Counsel for Plaintiff, (787)753-0109
        Miguel J. Rodriguez-Marxuach, Counsel for Defendants, (787)754-9897
        Juan H. Saavedra-Castro, Counsel for Defendants (787)722-7748
        John D'Angelo, Pro Se, 319 Chris Gaupp Rd., #A, Galloway Township, NJ
        Freddie Perez-Gonzalez, Counsel for Defendants (787)751-1116
        Juan R. Marchand-Quintero, Counsel for Defendants (787)725-3066
        Manuel San Juan-DeMartino, Counsel for Defendants (787)725-2932
        Mildred Caban, Goldman Antonetti & Cordova, Counsel for Counter-Defendant
        (787)767-9177