## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Minutes of Proceedings**

**HONORABLE ROBERT J. WARD**          **DATE: February 11, 2003**

**LAW CLERK: JENNIFER KEISER**          **CIVIL CASE: 97-2331 (DRD)**

---

| Parties | Attorneys |
|---|---|
| Metropolitan Life Ins. Co.,<br>Plaintiff, | Jesus E. Cuza-Abdala<br>Vincent S. Antonetti |
| v. | |
| George K. Miller, Jr.,<br>Defendant, | Freddie Perez-Gonzalez |
| Jose Axtmayer, Jr., Alita Escudero<br>& their conjugal partnership,<br>Defendants, | Juan R. Marchand-Quintero |
| Hans Hertell, Marie Stubbe,<br>& their conjugal partnership,<br>Defendants. | Manuel San Juan-DeMartino<br>(notified; could not attend)<br>Juan R. Marchand-Quintero |

---

Settlement conference held.  Conference adjourned to February 12, 2002 at 2 P.M.

Jennifer Keiser
Law Clerk