UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## Minutes of Proceedings

**HONORABLE ROBERT J. WARD**           DATE: February 12, 2003

**LAW CLERK: JENNIFER KEISER**         CIVIL CASE: 97-2331 (DRD)

---

| Parties | Attorneys |
|---|---|
| Metropolitan Life Ins. Co., Plaintiff, | Jesus E. Cuza-Abdala<br>Vincent S. Antonetti |
| v. | |
| George K. Miller, Jr., Defendant, | Freddie Perez-Gonzalez (notified; could not attend) |
| Jose Axtmayer, Jr., Alita Escudero & their conjugal partnership, Defendants, | Juan R. Marchand-Quintero (notified; could not attend; Jose Axtmayer in attendance) |
| Hans Hertell, Marie Stubbe, & their conjugal partnership, Defendants. | Manuel San Juan-DeMartino |

---

Settlement conference held on February 11, 2003. Further settlement conference held on February 12, 2003. Defendant Axtmayer to draft a settlement proposal and send it to plaintiff by February 28, 2003; response by March 7, 2003; copies to RJW.

_____
Jennifer Keiser
Law Clerk