IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

NATIONAL COMMUNICATIONS SYSTEMS, INC.,
d/b/a NATIONAL BENEFIT COMMUNICATION,
INC., et al.,

Defendants.

---

CIVIL NO. 97-2331 (RJW)

RECEIVED & FILED
03 MAR 20 PM 1:21
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

On March 19, 2003, the Court conducted a telephone conference with counsel for the parties concerning scheduling of the evidentiary disqualification hearing ordered by the Honorable Daniel R. Dominguez; it is hereby

**ORDERED** that the parties shall conduct limited discovery on the issue of disqualification which shall be concluded on or before April 16, 2003; and it is further

**ORDERED** that the parties shall simultaneously file briefs or, in the alternative, proposed findings of fact and conclusions of law on April 21, 2003; and it is further

**ORDERED** that the evidentiary hearing on the issue of disqualification is set for April 24, 2003 at 10:00 a.m.

At San Juan, Puerto Rico on March 20, 2003.

_____
ROBERT J WARD
United States District Judge

Courtroom Deputy
3/20/03