IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       §  CIVIL NO. 97-2331 (RJW)
METROPOLITAN LIFE INSURANCE COMPANY,    §
                                       §
                Plaintiff,              §
                                       §
        v.                             §
                                       §
NATIONAL COMMUNICATIONS SYSTEMS, INC.,  §
d/b/a NATIONAL BENEFIT COMMUNICATION,   §
INC., et al.,                          §
                                       §
                Defendants.             §
                                       §
---------------------------------------§

## ORDER

On April 22, 2003, the Court conducted a telephone conference with counsel for the parties concerning scheduling; it is hereby

**ORDERED** that counsel for plaintiff shall furnish the minutes of the Goldman Antonetti conflicts committee to counsel for defendant Axtmayer by 5:00 P.M. on April 23, 2003; and it is further

**ORDERED** that defendants Axtmayer and Hertell shall serve and file their opposition to plaintiff's motion for partial voluntary dismissal against co-defendant John D'Angelo by 5:00 P.M. on April 24, 2003; and it is further

**ORDERED** that plaintiff shall serve and file its reply to said motion by 5:00 P.M. on April 29, 2003; and it is further

**ORDERED** that counsel shall appear for a conference at 4:00 P.M. on April 30, 2003 with respect to plaintiff's motion for

partial voluntary dismissal against co-defendant John D'Angelo, defendants' motion for disqualification and future scheduling.

At San Juan, Puerto Rico on April 22, 2003.

_____
ROBERT J. WARD
United States District Judge