UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**               DATE: May 9, 2003

| | |
|---|---|
| METROPOLITAN LIFE | |
| Plaintiffs | |
| VS | CIV. 97-2331 (RW) |
| NATIONAL COMMUNICATION, ET AL | |
| Defendant | |

By order of the Court a Settlement Conference in the above caption case, is hereby set for May 13, 2003 at 4:00 P.M.

This proceeding will be held before Honorable Robert J. Ward, Senior District Judge from the Southern District of New York.

```
                                    COURTROOM DEPUTY CLERK
```

Parties to be notified.


