IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

Metropolitan Life Insurance Company,  § Civ. No. 97-2331 (RJW)
     Plaintiff,

v.  § Re: Breach of Contract, Damages

National Communications Systems, et al.,
     Defendants.

---

**ORDER**

This order disposes of three pending motions:

1. Plaintiff's Motion for Partial Voluntary Dismissal Against Co-Defendant John D'Angelo, dated April 9, 2003. The other defendants have failed to assert cross-claims against co-defendant John D'Angelo, and have failed to demonstrate that plain legal prejudice will result from his dismissal. Accordingly, the motion is granted and the claims against co-defendant John D'Angelo are voluntarily dismissed;

2. Co-defendant George Miller's Motion for Order Regarding Cross-Claim, dated April 24, 2003, seeks an order confirming co-defendants Jose Axtmayer's and Hans Hertell's commitment that they will not assert cross-claims against co-defendant George Miller. The motion is unopposed and is granted;

3. Plaintiff's Motion for Voluntary Dismissal of Action Against

Co-Defendant George Miller, dated April 30, 2003, is unopposed and is granted and the claims against co-defendant George Miller are voluntarily dismissed.

It is so Ordered.

At San Juan, Puerto Rico on May 13, 2003.

                                   _____
                                           ROBERT J. WARD
                                     United States District Judge