IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE CO.

CIVIL 97-2331 (DRD)

Plaintiffs

v.

NATIONAL COMMUNICATIONS
SYSTEMS, et al.,

Defendants



## MINUTES OF SETTINGS

By order of the court, this case has been assigned to Hon. Robert J. Ward, Visiting Judge from New York. Judge Ward will be in Puerto Rico from July 7 to July 18, 2003. A settlement conference is hereby set for **Tuesday, July 8, 2003 at 2:00 p.m.**

The parties are advised of the following:

1 All counsel **and parties** are to be present at the scheduled time. No delays or non-appearances will be tolerated.

Dated: July 1, 2003

Omar Flaquer Mendoza
Courtroom Deputy Clerk

s/c: Counsel of record to be notified