UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**            DATE: September 9, 2003

METROPOLITAN LIFE INSURANCE
CO., ET AL

    Plaintiff(s)

    V.                                                    CIVIL NO. 97-2331 (DRD/GZS)

NATIONAL COMMUNICATIONS
SYSTEMS, ET AL

    Defendant(s)

By order of Visiting Judge George Z. Singal, **a Status Conference is hereby set for November 3, 2003, at 2:00 p.m.** before Hon. Judge Singal.

Brenda Gonzalez
Deputy Clerk

Parties to be notified by fax.