UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> NATIONAL COMMUNICATIONS SYSTEMS, INC. d/b/a NATIONAL BENEFITS COMMUNICATIONS, INC., et al., <br><br> Defendants. | Docket No. 97-2331 (DRD) <br><br> *Received & filed* <br> *11/3/03  2:00 P.M.* |

**ORDER**

SINGAL, Chief District Judge

Presently before the Court is a Motion Withdrawing as Counsel (Docket # 359). This Motion was filed by Attorney Juan R. Marchand-Quintero who has served as counsel to four of the individual co-defendants in this action, namely Jose Axtmayer and his former wife, Altita Escudero as well as Hans Hertell and his wife, Marie Stubbe. Through his motion, Counsel informs that Court that Defendants Hertell and Stubbe will continue to be represented by Attorney Manual San Juan, who has served as co-counsel for these two defendants throughout the litigation. However, Defendants Axtmayer and Escudero will need to find new counsel to represent them in this matter.

In light of Counsel's representation that a conflict of interest prevents him from continuing to represent both Defendant Axtmayer and Defendant Escudero, the Court GRANTS the Motion to Withdraw (Docket # 359). However, the withdrawal of Attorney Juan R. Marchand-Quintero as counsel for Mr. Axtmayer and Ms. Escudero

shall only be effective upon new counsel entering an appearance for each of these Defendants.

SO ORDERED.

/s/ George Z. Singal
GEORGE Z. SINGAL
Chief United States District Judge,
District of Maine, sitting by
designation

Dated this 3rd day of November, 2003.