# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
      Plaintiff )
)
v. )    Docket No. 97-2331 (DRD)
)
NATIONAL COMMUNICATIONS )
SYSTEMS, INC. d/b/a NATIONAL )
BENEFITS COMMUNICATIONS, INC., )
et al., )
)
      Defendants. )

## ORDER

SINGAL, Chief District Judge

After reviewing the filings related to Defendants' Motion for Summary Judgment (Docket # 353) as well as the recent filings related to the disqualification issue (Docket #s 349 & 351), the Court has determined that the oral argument it previously scheduled for January 20, 2004 is not necessary. Therefore, the oral argument on these matters is CANCELLED. The Court anticipates issuing written rulings on both of these matters some time in January. If necessary, the Court will also issue a Final Pretrial Order at that time.

Counsel is hereby warned that in the event Defendant's pending motion for summary judgment is denied in any respect, <u>the trial in this matter will begin, as previously scheduled, on March 1, 2004</u>. Any party not present and prepared to proceed to trial on this date will be subject to sanctions, including possibly default or dismissal.

Counsel are hereby ORDERED to provide a copy of this Order to their clients in




order to allow their clients to prepare for the Court's scheduled trial date. Counsel shall certify that a copy of this Order has been provided to each of their clients within ten (10) days. Failure to provide this certification may also be grounds for the Court imposing sanctions.

    SO ORDERED.

/s/ George Z. Singal
GEORGE Z. SINGAL
Chief United States District Judge,
District of Maine, sitting by
designation

Dated this 23rd day of December 2003.

2