UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE )
COMPANY, )
 )
        Plaintiff )
 )
v. )   Docket No. 97-2331 (DRD)
 )
NATIONAL COMMUNICATIONS )
SYSTEMS, INC. d/b/a NATIONAL )
BENEFITS COMMUNICATIONS, INC., )
et al., )
 )
        Defendants. )

## ORDER

SINGAL, Chief District Judge

    Before the Court is a Motion for Reconsideration filed by Co-Defendants Hans H. Hertell and Marie Stubbe Hertell on January 22, 2003. Through this Motion, Defendants ask this Court to reconsider its ruling with respect to scheduling depositions due to a conflict. As explained below, the Motion is DENIED IN PART.

    Counsel are free to cooperatively work on rescheduling any depositions, including the depositions of the Hertells, to any time they can mutually agree upon. In fact, the Court urges counsel to work cooperatively on these scheduling conflict. However, absent an agreement to move forward with any deposition at a different place and time, the depositions shall go forward on the dates and times previously approved by the Court in its prior Order.

    The Court also adds its familiar caveat that trial in this case will begin on March 1, 2004. Therefore, counsel should be sure that any rescheduling of depositions allows them adequate time to prepare for trial since the Court will not entertain motions to move

back the trial date because of outstanding depositions.

SO ORDERED.

*[signature]*
GEORGE Z. SINGAL
Chief United States District Judge,
District of Maine, sitting by designation

Dated this 22nd day of January 2004.