## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO.<br><br>Plaintiff<br><br>v.<br><br>NATIONAL COMMUNICATIONS SYSTEMS,<br>INC. d/b/a NATIONAL BENEFITS<br>COMMUNICATIONS, INC.<br><br>Defendants | Civil No. 97-2331 (DRD/GZS) |

RECEIVED & FILED
'4 FEB -3 PM 4: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## ORDER

The jury selection in this case set for trial on March 1, 2004 before Chief Judge George Z. Singal, sitting by designation, is hereby set on **February 19, 2004 at 9:00 a.m.** before the undersigned.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this _3 rd_ of February, 2004.

HECTOR M. LAFFITTE
Chief U.S. District Judge

_not J. Clerk - M. Bonerr - voice mail_

_Ira M. Berlingeri - 759-9177_
_Jesus M. Cuzo - 767-9177_
_Veronica O. Olivieri - 756-5738_
_Manuel San Juan - 725-2932_
_Harold D. Vicente - 756-5250_
_Anthony Zitrin - (212)-578-3916_