UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL COMMUNICATIONS SYSTEMS, INC. d/b/a NATIONAL BENEFITS COMMUNICATIONS, INC., et al., )<br>)<br>Defendants. ) | Docket No. 97-2331 (DRD) |

**ORDER**

SINGAL, Chief District Judge

Before the Court is Plaintiff's Informative Motion on Escudero's Representation (Docket # 390), which the Court received by fax on February 11, 2004. Ms. Escudero, through her attorney, Mr. Parces-Enriquez, filed a response to this motion on February 19, 2004. Having reviewed the filings of the parties on this issue along with the Ms. Escudero's signed waiver of any conflict of interest, the Court finds no basis for disqualifying Mr. Parces-Enriquez from representing Ms. Escudero. Rather, in the Court's assessment, any conflict of interest that may exist has been dealt with in accordance with the procedures laid out in Model Rule 1.7(b). For this reason, to the extent Plaintiff's Motion on Escudero's Representation sought any relief, the Motion is DENIED.

SO ORDERED.

/s/ George Z. Singal
Chief United States District Judge,
District of Maine, sitting by designation

Dated this _____th day of February 2004.