FEB-25-2004 23:08 P.02
AO 88 (Rev. 1\94) Subpoena in a Civil Case
Case 3:97-cv-02331-GZS    Document 426-2    Filed 02/27/2004    Page 1 of 2

Issued by the
# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff

v.

NATIONAL COMMUNICATIONS SYSTEMS, INC., *et al.*,

Defendants

**SUBPOENA DUCES TECUM IN A CIVIL CASE**

Case Number: 97-2331 (GZS)

TO: Anthony Zitrin
One Madison Ave.
6F – 115
New York, NY 10010

■ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the District of Puerto Rico | Hon. Judge George Z. Singal |
| | **DATE AND TIME** March 1st, 2004  9:00 A.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | February 19, 2004 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| José A. Axtmayer, Esq., *PRO SE*, Attorney for Defendant, American International Plaza, Suite 404, Hato Rey, Puerto Rico 00918  Tel. (787) 777-4040 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)



AXTMAYER, PSC
P.O Box 70174
SAN JUAN PR 00936-8174

Mr. Anthony Zitrin
One Madison Ave.
6F-115
New York, NY 10010

CERTIFIED MAIL

7003 2260 0004 7181 5042