ORIGINAL

MCKENNA J
PART I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Application for an Order Quashing a Subpoena, dated February 19, 2004, served upon<br><br>ANTHONY ZITRIN,<br><br>Non-Party Movant. | No. M-8-85<br><br><br>ORDER TO SHOW CAUSE |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSE A. AXTMAYER, ALTITA ESCUDERO, HANS HERTELL, MARIE STUBBE, and the Conjugal Partnership Between HANS HERTELL and MARIE STUBBE,<br><br>Defendants. | 97-2331 (GZS)<br>U.S.D.C.<br>District of Puerto Rico |

Upon the annexed Declaration of Jason A. Scurti, the exhibit annexed thereto, and the Declaration of Non-Party Movant Anthony Zitrin, (the "Application") it is hereby

ORDERED, that Defendants Jose A. Axtmayer, Altita Escudero, Hans Hertell, Marie Stubbe, and the Conjugal Partnership Between Hans Hertell and Marie Stubbe, show cause before this Court, PART I, on the 10 day of MARCH, 2004, at 10 a.m. in Courtroom of Part I of the United States Courthouse, 500 PEARL ST., New York, New York, or as Judge assigned at soon thereafter as counsel can be heard, why an Order should not be made quashing the Subpoena served upon Zitrin; and it is further

ORDERED, that Zitrin's compliance with the subpoena served upon him is not required pending the hearing and determination of this Application; and it is further

#50101-1 #39-1
FEB 27 2004

ORDERED, that service of a copy of this Order and the papers upon which it is based on the parties to this action shall be made by facsimile and overnight courier on counsel for all parties on or before ___FEBRUARY 8___, 2004.

Dated: New York, New York
February 27, 2004

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2