# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE GEORGE Z. SINGAL
    SITTING BY DESIGNATION

COURTROOM DEPUTY: Matt Osterrieder        DATE: March 1, 2004

COURT REPORTER:  Pauline Terry        CV-97-2331-GZS

COURT INTERPRETER: none

================================================================

Metropolitan Life Insurance Co.        Attorneys: Plaintiff: Ena Berlinger
                                  Jesus Cuza

vs.                             Defendant: Jose Axtmayer
                                  Manuel San Juan
Jose Axtmayer,                       Dennis Parce
Altagracia Escudero,
Hans and Marie Hertell, Defendants

================================================================

Prior to commencement of jury trial, settlement conference held off the record and out of the courtroom.  Conditional settlement reached amongst all parties; counsel to notify the Court by 7:00 p.m. on Wednesday, March 3, 2004 if payment has been made and the settlement is satisfied.  If not reached, jury trial to commence at 9:00 a.m. on Thursday, March 4, 2004.

                                       Matt Osterrieder
                                         Courtroom Deputy Clerk