**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| METROPOLITAN LIFE INS. CO., <br><br> Plaintiff <br><br> v. <br><br> NATIONAL COMMUNICATIONS SYS., INC. ET AL., <br><br> Defendants. | CIVIL NO. 97-2331 (GZS) <br><br> RE: BREACH OF CONTRACT, DAMAGES AND FRAUD |

**STIPULATION OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

COME NOW Metropolitan Life Ins. Co., Altagracia Escudero, Hans Hertell, Marie Stubbe, the Hertell-Stubbe Conjugal Partnership, all represented by counsel, and José A. Axtmayer, *pro se*, (collectively the "Appearing Parties") and respectfully state and pray as follows:

1. The Appearing Parties hereby stipulate to the dismissal of the above-captioned action against José A. Axtmayer, Altagracia Escudero, Hans Hertell, Marie Stubbe and the Hertell-Stubbe Conjugal Partnership, without admission of liability.

2. The Appearing Parties further stipulate that the dismissal be with prejudice and with no imposition of costs or attorneys' fees.

WHEREFORE, the Appearing Parties request that this Honorable Court issue a judgment dismissing the above-captioned action against José A. Axtmayer, Altagracia Escudero, Hans Hertell, Marie Stubbe and the Hertell-Stubbe Conjugal Partnership with prejudice and no imposition of costs and attorneys fees.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of March, 2004.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the following attorneys have been notified either electronically or by regular mail, as may be required: Manuel San Juan, Esq., José A. Axtmayer, Esq., and Dennis B. Parcés-Enríquez, Esq.

S/ INA M. BERLINGERI-VINCENTY
INA M. BERLINGERI-VINCENTY
GOLDMAN, ANTONETTI & CÓRDOVA, P.S.C.
*Counsel for Plaintiff Metropolitan Life Ins. Co.*
PO BOX 70364
San Juan, P.R. 00936-8364
Tel. (787) 759-8000; Fax (787) 759-9177

JESÚS E. CUZA
GREENBERG TRAURIG, PA
*Counsel for Plaintiff Metropolitan Life Ins. Co.*
401 East Las Olas Blvd, Suite 200
Ft Lauderdale, Fl 33301
Tel: (954) 768-8241; Fax: (954)765-1477

MANUEL SAN JUAN
*Counsel for Defendants Hans Hertell and Marie Stubbe and their Conjugal Partnership*
PO Box 9023587
San Juan, P.R. 00909-3587

JOSÉ A. AXTMAYER
*Pro Se*
PO Box 70174
San Juan, P.R. 00936-8174

DENNIS B. PARCÉS-ENRIQUEZ
*Counsel for Altagracia Escudero*
PO Box 70174
San Juan, P.R. 00936
dparces-enriquez@axtmayerprc.com