## Exhibit 1 to Stipulation of Dismissal

Plaintiff Metropolitan Life Ins. Co., Altagracia Escudero, Hans Hertell, Marie Stubbe, the Hertell-Stubbe Conjugal Partnership, all represented by counsel, and José A. Axtmayer, *pro se*, (collectively the "Appearing Parties") hereby stipulate to the dismissal of the above-captioned action against José A. Axtmayer, Altagracia Escudero, Hans Hertell, Marie Stubbe and the Hertell-Stubbe Conjugal Partnership, without admission of liability. The Appearing Parties stipulate that the dismissal be with prejudice and with no imposition of costs or attorneys' fees.

_____
JESÚS E. CUZA
GREENBERG TRAURIG, PA
*Counsel for Plaintiff Metropolitan Life Ins. Co.*

_____
INA M. BERLINGERI-VINCENTY
GOLDMAN, ANTONETTI & CÓRDOVA, P.S.C.
*Counsel for Plaintiff Metropolitan Life Ins. Co.*

_____
MANUEL SAN JUAN
*Counsel for Defendants Hans Hertell and
Marie Stubbe and their Conjugal Partnership*

_____
JOSÉ A. AXTMAYER
*Pro Se*

_____
DENNIS B. PARCÉS-ENRIQUEZ
*Counsel for Altagracia Escudero*

-1-