**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| METROPOLITAN LIFE INS. CO., | * |
| Plaintiffs, | * |
| v. | *  Civil No. 97-2331 (GZS) |
| NATIONAL COMMUNICATIONS SYS., INC., et al., | * |
| Defendants, | * |

## JUDGMENT

The plaintiff has filed a stipulation of voluntary dismissal (Docket No. 435). Wherefore, the Court grants the plaintiff's motion, and hereby **ENTERS JUDGMENT** dismissing the above-captioned action against José A. Axmayer, Altagracia Escudero, Hans Hertell, Marie Stubbe and the Hertell-Stubbe Conjugal Partnership with prejudice without imposition of costs and attorney's fees.

IT IS SO ORDERED

In San Juan, Puerto Rico, March 16, 2004.

**FRANCES RIOS DE MORAN, ESQ.**
**CLERK OF THE COURT**

*S/ Omar Flaquer Mendoza*
**OMAR FLAQUER**
**COURTROOM DEPUTY CLERK**